MINNIE LEITMAN, Respondent, *v.* MEYER LEITMAN, Appellant.

Submitted April 12, 1948; decided April 22, 1948

*Benjamin Heller* and *Florence K. Dumanis* for appellant.
*Julius Haimowitz* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.